IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, TERRELL JACKSON and REDACTED DEFENDANT NO. ONE,<br><br>    Defendants.<br>_____/ | No. CR 05-00167 WHA<br><br>**ORDER ALLOWING RONNIE CALLOWAY TO RECEIVE EYEGLASSES** |

Good cause appearing, the San Francisco County Jail is hereby ordered to accept a pair of plastic frame eyeglasses for Ronnie Calloway, to be delivered by his attorney.

**IT IS SO ORDERED.**

Dated: September 6, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE