SUSAN RAFFANTI, ESQ.
State Bar No. 120993
469 Ninth Street, Suite 200
Oakland, CA 94607
(510) 451-2825

Attorney for Defendant
RONNIE CALLOWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 00167 WHA |
| Plaintiff, | |
| v. | [PROPOSED] **ORDER ALLOWING RONNIE CALLOWAY TO RECEIVE SHOES** |
| EDGAR DIAZ, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, the San Francisco County Jail is hereby ordered to accept a pair of new tennis shoes with no metal in them for RONNIE CALLOWAY, to be purchased and delivered by his attorney.

Date: September 18, 2006
_____

WILLIAM ALSUP
U.S. DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

U.S. v. Edgar Diaz et al.; CR 05 00167 WHA
ORDER RE SHOES

1