Mary McNamara, SBN 147131
mary@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for RONNIE CALLOWAY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 05-cr-00167 |
|---|---|
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE STATUS CONFERENCE ON AMENDED FORM 12 FROM JUNE 21, 2016 TO JULY 18, 2016** |
| vs. | |
| RONNIE CALLOWAY, | |
| Defendant. | Date: April 26, 2016<br>Time: 2:00 p.m.<br>Court: Hon. William Alsup |

### STIPULATION

Defendant Ronnie Calloway, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Sarah Hawkins, hereby stipulate and agree and respectfully request that the Court continue the status appearance on the March 14, 2016 Form 12 currently set in this matter for June 21, 2016 at 2pm to July 18, 2016 at 2pm. The parties hereby agree and stipulate as follows:

1. On March 8, 2016, the Probation Office submitted a Petition requesting Judicial Notice that defendant Ronnie Calloway violated the terms of his probation by testing positive for marijuana on three occasions. That same day, the Court requested that the Probation Officer issue a summons on the Petition, and on March 14, 2016 a summons issued. Dkt. 1907.

**DEFENDANT'S MEMORANDUM ON FORM 12 VIOLATION**

2. The parties appeared before the Court on April 26, 2016. At the appearance, all parties agreed that Mr. Calloway would remain under supervision until the next appearance on June 21, 2016, at which time the Court would assess Mr. Calloway's performance under supervision and consider terminating Mr. Calloway's supervision.

3. On June 15, 2016, the Probation Office submitted an Amended Form 12 asking the Court to take judicial notice of two additional positive tests.

4. The parties have begun to discuss how the June 15 Amended Form 12 may affect the resolution they proposed at the last Court appearance, but the parties have not had adequate time to conclude those discussions.

5. The parties hereby stipulate and request that the Court continue this matter to July 18, 2016 at 2:00 p.m., in order to allow the parties sufficient time to discuss the new allegations in the Amended Form 12 and possible resolutions. Continuing this matter to July 18, 2016, will also allow Mr. Calloway to perform under supervision for an additional month, and Mr. Calloway's performance during that month may assist the Court in determining the proper resolution for the Amended Form 12.

6. Probation Officer Tanisha Sanford does not object to this request.

DATED:   June 16, 2016                         /s/
                                               SARAH HAWKINS
                                               Assistant United States Attorney


                                               /s/
                                               MARY McNAMARA
                                               Swanson & McNamara LLP
                                               Attorneys for RONNIE CALLOWAY

/ / /

/ / /

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**
-2-

**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for June 21, 2016 at 2:00 p.m. is vacated and the matter is set for a status conference on July 18, 2016 at 2:00 p.m.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED:   June 20, 2016.

_____
HON. WILLIAM ALSUP
United States District Court Judge