Mary McNamara, SBN 147131
mary@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for RONNIE CALLOWAY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RONNIE CALLOWAY,<br><br>　　　　　Defendant. | Case No.  CR 05-cr-00167<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE ON AMENDED FORM 12 FROM OCTOBER 4, 2016 TO OCTOBER 11, 2016**<br><br>Court: Hon. William Alsup |

**STIPULATION**

Defendant Ronnie Calloway, by and through his counsel, Mary McNamara, and the United States, by and through Assistant United States Attorney Sarah Hawkins, hereby stipulate and agree and respectfully request that the Court continue the status appearance on the March 14, 2016 Form 12 currently set in this matter for October 4, 2016 at 2pm to October 11, 2016 at 2pm.  The parties hereby agree and stipulate as follows:

　　　　1.　　　On March 8, 2016, the Probation Office submitted a Petition requesting Judicial Notice that defendant Ronnie Calloway violated the terms of his probation by testing positive for marijuana on three occasions.  On June 14, 2016 and July 14, 2015, the Probation Office filed amended Form 12s to include additional violation allegations.

　　　　2.　　　On July 22, 2016, the parties appeared before the Court for a hearing on the violations.

**DEFENDANT'S MEMORANDUM ON FORM 12 VIOLATION**

At the appearance, Court noted that Mr. Calloway was working full time, but that he had submitted two positive tests since the last appearance. The Court ordered the matter continued until October 4, 2016 that Mr. Calloway would remain under supervision until the next appearance on October 4, 2016, at which time the Court would assess Mr. Calloway's performance under supervision and consider terminating Mr. Calloway's supervision.

   3.   Undersigned defense counsel is unavailable on October 4, 2016, and respectfully requests that the Court set a new status date of October 11, 2016.

   4.   The parties hereby stipulate and request that the Court set the new status date as October 11, 2016 at 2:00 p.m.

   5.   Probation Officer Tanisha Sanford does not object to this request.

DATED: August 30, 2016

_____/s/_ _____
SARAH HAWKINS
Assistant United States Attorney


_____/s/_____
MARY McNAMARA
Swanson & McNamara LLP
Attorneys for RONNIE CALLOWAY

/ / /

/ / /

/ / /

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE**

This matter having come before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the status conference hearing now set for October 4, 2016 at 2:00 p.m. is vacated and the matter is set for a status conference on October 11, 2016 at 2:00 p.m.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED:  August 30, 2016.

_____
HON. WILLIAM ALSUP
United States District Court Judge

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**
-3-